O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SA 11-023M |
|---|---|
| Plaintiff, | ) **ORDER OF DETENTION** |
| vs. | ) |
| IRVING ARCOS CRUZ, | ) |
| Defendant. | ) |

I

A.  ( )  On motion of the Government in a case allegedly involving:

1. ( )  a crime of violence.

2. ( )  an offense with maximum sentence of life imprisonment or death.

3. ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

4. ( )  any felony - where defendant convicted of two or more prior offenses described above.

5. ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

1  device or any other dangerous weapon, or a failure to register under 18
2  U.S.C. § 2250.
3  B. (X) On motion by the Government/ ( ) on Court's own motion, in a
4  case allegedly involving:
5      1. (x) a serious risk that the defendant will flee.
6      2. ( ) a serious risk that the defendant will:
7          a. ( ) obstruct or attempt to obstruct justice.
8          b. ( ) threaten, injure or intimidate a prospective witness or
9          juror, or attempt to do so.
10  C. The Government ( ) is/ (x) is not entitled to a rebuttable presumption that
11  no condition or combination of conditions will reasonably assure the
12  defendant's appearance as required and the safety or any person or the
13  community.

## II

16  A. ( ) The Court finds that no condition or combination of conditions
17  will reasonably assure:
18      1. (X) the appearance of the defendant as required.
19      ( ) and/or
20      2. ( ) the safety of any person or the community.
21  B. ( ) The Court finds that the defendant has not rebutted by sufficient
22  evidence to the contrary the presumption provided by statute.

## III

25  The Court has considered:
26  A. the nature and circumstances of the offense(s) charged, including
27  whether the offense is a crime of violence, a Federal crime of terrorism, or
28  involves a minor victim or a controlled substance, firearm, explosive, or

1    destructive device;
2    B.   the weight of evidence against the defendant;
3    C.   the history and characteristics of the defendant; and
4    D.   the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:
A.   (X)   As to flight risk:
**Defendant is undocumented.  He has no ties to the community and no bail resources.**
B.   ( )   As to danger:

## VI

A.   ( )   The Court finds that a serious risk exists the defendant will:
  1.   ( )   obstruct or attempt to obstruct justice.
  2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.   The Court bases the foregoing finding(s) on the following:

## VI

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.   IT IS FURTHER ORDERED that the defendant be committed to the

1 custody of the Attorney General for confinement in a corrections facility
2 separate, to the extent practicable, from persons awaiting or serving sentences
3 or being held in custody pending appeal.

4     C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
5 opportunity for private consultation with counsel.

6     D.    IT IS FURTHER ORDERED that, on order of a Court of the United
7 States or on request of any attorney for the Government, the person in charge
8 of the corrections facility in which defendant is confined deliver the defendant
9 to a United States marshal for the purpose of an appearance in connection with
10 a court proceeding.

12 DATED: January 13, 2011

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE